# Third District Court of Appeal

## State of Florida

Opinion filed August 30, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-2217
Lower Tribunal No. 20-16530

————————

**Christina Maria Mercado Oberti,**
Appellant,

vs.

**Daniel Ramon Oberti,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Victoria del Pino, Judge.

Christina Maria Mercado Oberti, in proper person.

Daniel Ramon Oberti, in proper person.

Before LOGUE, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed. See Shaw v. Shaw, 334 So. 2d 13, 16 (Fla. 1976). ("It is clear that the function of the trial court is to evaluate and weigh the testimony and evidence based upon its observation of the bearing, demeanor and credibility of the witnesses appearing in the cause. It is not the function of the appellate court to substitute its judgment for that of the trial court through re-evaluation of the testimony and evidence from the record on appeal before it.").